# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **X CORP.** | **CIVIL ACTION** |
| **VERSUS** | **No. 25-1039** |
| **JAN LORENZ SOLIMAN** | **SECTION I** |

## ORDER

Before the Court is plaintiff X Corp.'s ("plaintiff") motion[1] to compel arbitration. Defendant Jan Lorenz Soliman's ("defendant") has waived service,[2] making his answer due July 30, 2025. The Court notes that no counsel has appeared on behalf of defendant. Accordingly,

**IT IS ORDERED** that plaintiff's motion to compel arbitration is **DISMISSED WITHOUT PREJUDICE to** it being refiled once there is an appearance.

New Orleans, Louisiana, June 11, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 3.
[2] R. Doc. No. 10.